**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 08, 2009**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | Case No: 07-34157 |
|     CHAMP C. BROWN JR | (Chapter 13) |
|     NINA M. BROWN | |
|     Debtors | JUDGE GUY R. HUMPHREY |

T7XX8X

### AGREED ORDER PLACING DEBTOR ON PAYMENT PROBATION
### AND INCREASING PLAN PAYMENT

   This matter coming on for hearing on October 1, 2009, upon the Motion to Dismiss for Failure to Make Payments filed on or about August 17, 2009, and upon agreement of the parties,

   IT IS ORDERED that:

1) The Debtors are placed on payment probation through April 18, 2010 starting with the November 18, 2009 payment. If the Debtors fail to make any payment during the probationary period the Trustee shall submit an order to the Court dismissing this case without further notice or hearing.

2) the plan payment shall be increased to $1200.00 per month.


IT IS SO ORDERED.


____/s/_Jeffrey M. Kellner_____
JEFFREY M. KELLNER  #0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com


__/s/__Harold Jarnicki_____
HAROLD JARNICKI  #0027595
ATTORNEY FOR DEBTORS
576 MOUND CT
SUITE B
LEBANON, OH  45036
(513) 932-5792  FAX (513) 932-5443
email: jarnickihsd9@earthlink.net

Copies To:                                                                                          07-34157

| | | |
|---|---|---|
| JEFFREY M. KELLNER<br>CHAPTER 13 TRUSTEE<br>131 N LUDLOW ST   SUITE 900<br>DAYTON, OH  45402-1161 | OFFICE OF THE U S TRUSTEE<br>170 NORTH HIGH ST<br>SUITE 200<br>COLUMBUS, OH  43215 | HAROLD JARNICKI<br>576 MOUND CT<br>SUITE B<br>LEBANON, OH  45036 |
| CHAMP C. BROWN JR<br>NINA M. BROWN<br>9831 MORROW WOODVILLE RD<br>PLEASANT PLAIN, OH  45162 | (25.1n)<br>DENNIS A LIEBERMAN<br>ATTN EMERSON R KECK<br>318 W FOURTH STREET<br>DAYTON, OH  45402 | (27.1n)<br>ERICH M RAMSEY<br>ASCENSION LAW GROUP<br>BOX 201347<br>ARLINGTON, TX  76006 |

0734157_272_20091001_1234_339/T298_ss
###